IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA BLEJEWSKI,<br><br>    Plaintiff,<br><br> v.<br><br>PLEXUS YOGA, LLC., DBA CHIRP,<br><br>    Defendant. | Civil Action No. 3:20-cv-01330-JCH |

## NOTICE OF SETTLEMENT

  Plaintiff Barbara Blejewski, by and through her undersigned counsel, hereby advises this Honorable Court she has reached an agreement in principle with Defendant Plexus Yoga, LLC, dba Chirp. The parties are finalizing settlement documents and expect to file a notice of dismissal within thirty (30) days.

Dated: November 6, 2020    Respectfully Submitted,

              */s/ Stephen J. Teti*
              Stephen J. Teti (ct28885)
              steti@blockleviton.com
              BLOCK & LEVITON LLP
              260 Franklin Street, Suite 1860
              Boston, MA 02110
              Phone: (617) 398-5600

              *Attorneys for Plaintiff Barbara Blejewski*

**CERTIFICATE OF SERVICE**

    I, Stephen J. Teti, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 6th day of November, 2020.

                                                            */s/ Stephen J. Teti*
                                                                 Stephen J. Teti